Lorenzo TRAVERSA

v.

Archie SMITH.

No. 79–308–A.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Richard E. Simms, Providence, for plaintiff.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Monday, March 3, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

■

George C. WOOD

v.

A. Marie WOOD.

No. 79–471–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1980.

George C. Wood, pro se.

Gary Yesser, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

DORIS and MURRAY, JJ., did not participate.